No. 89–6092. In re Cyntje. Petition for writ of habeas corpus denied.

No. 89–743. In re Hagebush et al.; and
No. 89–796. In re Polyak. Petitions for writs of mandamus denied.

No. 89–322. United Steelworkers of America, AFL–CIO–CLC v. Rawson, Individually and as Guardian ad Litem for Rawson, et al. Sup. Ct. Idaho. Certiorari granted, and the parties are directed to adhere to the following briefing schedule: Brief for petitioner must be received by the Clerk on or before February 9, 1990; brief for respondents must be received by the Clerk on or before March 6, 1990; and a reply brief, if any, must be received by the Clerk on or before March 16, 1990.

No. 89–393. Begier, Trustee v. Internal Revenue Service. C. A. 3d Cir. Certiorari granted, and the parties are directed to adhere to the following briefing schedule: Brief for petitioner must be received by the Clerk on or before February 9, 1990; brief for respondent must be received by the Clerk on or before March 6, 1990; and a reply brief, if any, must be received by the Clerk on or before March 16, 1990.

No. 89–542. Perpich, Governor of Minnesota, et al. v. Department of Defense et al. C. A. 8th Cir. Certiorari granted, and the parties are directed to adhere to the following briefing schedule: Brief for petitioners must be received by the Clerk on or before February 9, 1990; brief for respondents must be received by the Clerk on or before March 6, 1990; and a reply brief, if any, must be received by the Clerk on or before March 16, 1990.